PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.   Crim No. 3:20CR00047

Jessica Ruth Erickson

On September 7, 2021, Jessica Ruth Erickson was sentenced by the Honorable Miranda M. Du, United States District Judge in the District of Nevada, to a term of five (5) years' probation for Conspiracy to Distribute a Controlled Substance. On December 9, 2021, Erickson's probation was revoked and Your Honor sentenced her to 36 months custody followed by 36 months of supervised release. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release.

Respectfully submitted,

Nickie Pipilakis
Senior United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 25th day of August, 2025.

Honorable Miranda M. Du
United States District Judge